UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CLAUDIA MARIA RAMOS-MEJIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN of the Adelanto ICE Processing Center,<br><br>Respondent. | Case No. 5:26-cv-04755-FWS-JDE<br><br>JUDGMENT |

Pursuant to the Order Denying Motion (Dkt. 8) and Dismissing Action as Moot,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 31, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE